UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/12/21

Eric Andrew Perez,

          Plaintiff,

     –v–

Oxford University, et al.,

          Defendants.

21-cv-4844 (AJN) (SLC)

ORDER

ALISON J. NATHAN, District Judge:

On May 31, 2021, Plaintiff filed an application for a *pro bono* attorney.  Dkt. No. 4.  The Court DENIES the Plaintiff's application without prejudice to refiling at a later time.

Additionally, on August 11, 2021, Defendants filed a motion to dismiss the complaint pursuant to Rule 12(b) of the Federal Rules of Civil Procedure.  Under Rule 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.  However, since Plaintiff is proceeding *pro se*, he shall be given additional time to amend the complaint.  Accordingly, it is hereby ORDERED that if Plaintiff intends to file an amended complaint, he shall do so by September 10, 2021. Plaintiff is hereby advised that any amended complaint will completely replace the original complaint.  Accordingly, if Plaintiff files an amended complaint, it should include all of the information he believes is necessary to make a short, plain statement explaining why he is entitled to relief against each defendant.  Plaintiff is on notice that declining to amend his pleadings to timely respond to a fully briefed argument in the Defendants' August 11, 2021 motion to dismiss may well constitute a waiver of the Plaintiff's right to use the amendment process to cure any defects that have been made apparent

by the Defendants' briefing.  *See Loreley Fin. (Jersey) No. 3 Ltd. v. Wells Fargo Sec., LLC.*, 797

F.3d 160, 190 (2d Cir. 2015) (leaving "unaltered the grounds on which denial of leave to amend

has long been held proper, such as undue delay, bad faith, dilatory motive, and futility.").

If Plaintiff chooses to amend, Defendants may then (a) file an answer; (b) file a new

motion to dismiss; or (c) submit a letter stating that they intend to rely on the initially-filed

motion to dismiss.

IT IS FURTHER ORDERED that if no amended complaint is filed, Plaintiff shall serve

his opposition to Defendants' motion to dismiss by September 10, 2021.  Defendants' reply, if

any, shall be served by September 24, 2021.

IT IS FURTHER ORDERED that either party may request an extension of the briefing

schedule for the motion.  A deadline will be extended if the party demonstrates that its pursuit of

the action has been diligent and that there is a good reason for extending the deadline.

The Court respectfully requests that the Clerk of Court mail a copy of this order to

Plaintiff and to note the mailing on the public docket.


SO ORDERED.


Dated: August 12, 2021
       New York, New York

_____
       ALISON J. NATHAN
       United States District Judge