UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Eric Andrew Perez,

           Plaintiff,

–v–

Oxford University, et al.,

           Defendants.

21-cv-4844 (AJN) (SLC)

ORDER

ALISON J. NATHAN, District Judge:

    On August 12, 2021, Plaintiff Eric Perez filed a letter, Dkt. No. 26, that "object[ed] to the denial of the appointment of counsel" entered by this Court on August 11, 2021, Dkt. No. 25. The Court construes this as a motion for the Court to reconsider Mr. Perez's request for counsel originally filed May 31, 2021, Dkt. No. 4. After careful consideration, the Court DENIES Mr. Perez's motion for reconsideration, again without prejudice to filing an application for pro bono counsel after resolution of the pending motion to dismiss if the case proceeds.

    SO ORDERED.

Dated: August 23, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge