USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/1/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ERIC ANDREW PEREZ,

                Plaintiff,

      - against -

OXFORD UNIVERSITY, et al.,

                Defendants.
------------------------------------------------------------X

21-CV-4844 (AJN) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Court is in receipt of Plaintiff Eric Andrew Perez's August 30, 2021 letter asking to confirm that he previously has requested and has been granted leave to file an amended complaint. (Dkt. 32.) The Court twice previously has informed Plaintiff of his right to file an amended complaint subject to certain time requirements. (Dkt. 25, 27.) Plaintiff's time to file an amended complaint was last extended to **October 12, 2021** and remains the operative date to do so. (Dkt. 27.)

      On August 11, 2021, Defendants AstraZeneca Pharmaceuticals, AstraZeneca LP, and AstraZeneca AB (collectively, the "AstraZeneca Defendants") filed a motion to dismiss the complaint. (Dkt. No. 24). On August 30, 2021, Defendants The Chancellor, Masters and Scholars of the University of Oxford (collectively, the "Oxford Defendants") also filed a motion to dismiss. (Dkt. 30.) So that both motions may be coordinated together with any amended complaint that Plaintiff may file, the Court orders as follows:

      1. If Plaintiff intends to file an amended complaint, he shall do so by **October 12, 2021**. As the Court previously advised Mr. Perez (Dkts. 25, 27), any amended complaint will completely replace the original complaint. Accordingly, if Plaintiff files an amended

1

complaint, it should include all of the information he believes is necessary to make a short, plain statement explaining why he is entitled to relief against each defendant.

    2. If Plaintiff files an amended complaint, each set of Defendants shall respond to the amended Complaint within fourteen days after service of the amended complaint, in accordance with Federal Rule of Civil Procedure 15(a)(3).  In the event Plaintiff files an amended complaint, the Defendants may then: (i) file an answer; (ii) file a new motion to dismiss; or (iii) submit a letter stating that they intend to rely on the initially filed motion to dismiss.

    3. If Plaintiff elects not to file an amended complaint, he shall serve his opposition to **both** motions to dismiss by **October 12, 2021**.

    4. Defendants' replies, if any, shall be served by **October 26, 2021**.

    5. Plaintiff's August 30, 2021 letter also inquires about the status of another case in which he is the plaintiff, 20-CV-9119.  That matter is not assigned to either myself or Judge Nathan.  Any inquiry regarding that case should be filed on the docket for that case.

The Clerk of Court is respectfully requested to terminate the letter motion at Dkt. 32.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 1, 2021
      New York, New York

Copies transmitted this date to all counsel of record.  The Clerk of Court is respectfully requested to mail a copy of this Order to the pro se Plaintiff.