UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ERIC ANDREW PEREZ,

                Plaintiff,

        - against -

OXFORD UNIVERSITY, et al.,

                Defendants.
-----------------------------------------------------------X

21-CV-4844 (AJN) (RWL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/02/2021

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On October 18, 2021 (ECF 36), the Defendants stated that, with respect to Plaintiff's Amended Complaint (ECF 34), they rely on their respective motions to dismiss filed on August 11, 2021 (ECF 19-20) and August 30, 2021 (ECF 30). On November 2, 2021, the motions were referred to me for report and recommendation. Accordingly, Plaintiff's opposition to the motions shall be filed no later than December 1, 2021, and Defendants' replies shall be filed no later than December 15, 2021.

                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: November 2, 2021
       New York, New York

Copies transmitted this date to all counsel of record. The Clerk of Court is respectfully requested to mail a copy of this Order to the pro se Plaintiff.