```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/05/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ERIC ANDREW PEREZ,

                      Plaintiff,

      - against -

OXFORD UNIVERSITY, et al.,

                      Defendants.
-----------------------------------------------------------X

21-CV-4844 (AJN) (RWL)

**ORDER OF SERVICE**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       To allow Plaintiff to complete service on Defendants Dr. Melanie Jay, and Dr. Martina A. Parauda, and Michael J. Missa through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each of these defendants. The Clerk of Court is further respectfully requested to provide the U.S. Marshals Service with copies of the summons (Dkt. 12.), the original complaint (Dkt. 2.), and the amended complaint (Dkt. 34.). The three defendants are federal employees.

       The U.S. Marshal Service is directed to do the following:

1. Pursuant to Federal Rule of Civil Procedure 4(e), the Marshal is directed to serve a copy of each the summons (Dkt. 12.), the original complaint (Dkt. 2.), and the amended complaint (Dkt. 34.) to each of the three defendants:

       Dr. Melanie Jay
       VA Lead Sub-Investigator of AZD1222
       Veteran Affairs Harbour Healthcare
       423 East 23rd St. New York, NY
       10010COVID-19 Study

1

Dr. Martina A. Parauda
Director
Veteran Affairs Harbour Healthcare
423 East 23rd St. New York, NY 10010

Michael J. Missa
Director of the Veterans Affairs Administration Office of the Inspector General VA Inspector General Hotline (53H)
810 Vermont Avenue
NW Washington, DC 20420

2. Pursuant to Federal Rule of Civil Procedure 4(i)(1)(A), the Marshal is directed to send a copy of the summons, the original complaint, and the amended complaint by registered or certified mail to Assistant United States Attorney David E. Farber at 86 Chambers Street, Third Floor, New York, NY 10007.

3. Pursuant to Federal Rule of Civil Procedure 4(i)(1)(B), the Marshal is directed to send a copy of the summons, the original complaint, and the amended complaint by registered or certified mail to the Attorney General of the United States at U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530.

4. Pursuant to Federal Rule of Civil Procedure 4(i)(2), the Marshal is directed to send a copy of the summons, the original complaint, and the amended complaint by registered or certified mail to the U.S. Department of Veterans Affairs at 810 Vermont Avenue, NW, Washington, DC 20420.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 5, 2021
       New York, New York

Copies transmitted this date to all counsel of record.  The Clerk of Court is respectfully requested to mail a copy of this Order to the pro se Plaintiff.