```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Eric Andrew Perez,

                Plaintiff,

–v–

Oxford University, et al.,

                Defendants.

21-cv-4844 (AJN) (RWL)

ORDER

ALISON J. NATHAN, District Judge:

    The Astra Zeneca Defendants and Defendant Oxford University filed motions to dismiss the complaint on August 11, 2021, and August 30, 2021, respectively. Dkt. Nos. 19, 30. Mr. Perez on October 4, 2021, filed an amended complaint. Dkt. No. 34. Defendants on October 18, 2021, filed a joint letter indicating that they continued to rely on their previously filed materials to move to dismiss the amended complaint. Dkt. No. 36. The Court on January 26, 2022, referred these two motions, along with a subsequent motion to dismiss, Dkt. No. 63, to Judge Lehrburger for a report and recommendation, Dkt. No. 68.

    For house-keeping purposes, the motions to dismiss at docket numbers 19 and 30 are administratively denied. However, the Court deems Astra Zeneca's (docket number 19) and Oxford University's (docket number 30) motions to be refiled as of the date of the joint letter, October 18, 2021. Dkt. No. 36. This Order does not change any party's obligation to brief the motions to dismiss on the schedule ordered by Judge Lehrburger. Dkt. Nos. 38, 67. Judge Lehrburger will provide a report and recommendation on Astra Zeneca's and Oxford University's motions for dismissal under the amended referral order. Dkt. No. 68.

    The Clerk's office is respectfully directed to mail a copy of this Order to Mr. Perez and

note the mailing on the public docket.

    SO ORDERED.

Dated: February 10, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge