**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ERIC ANDREW PEREZ,

                Plaintiff,

  -against-                             21 **CIVIL** 4844 (VEC)(RWL)

## JUDGMENT

OXFORD UNIVERSITY et al.,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated May 10, 2022, Judge Lehrburger's R&R is adopted in full. Plaintiff's Amended Complaint is dismissed without prejudice to him re-filing it in the proper jurisdiction. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith and, therefore, in forma pauperis status is denied for purposes of an appeal. See Coppedge v. United States, 369 U.S. 438, 445 (1962) (holding that appellant demonstrates good faith when seeking review of a non-frivolous issue); accordingly, the case is closed.

**Dated:**  New York, New York
        May 10, 2022

                                                       **RUBY J. KRAJICK**
                                                                        **Clerk of Court**
                              **BY:**    *K. Mango*
                                                                        **Deputy Clerk**